# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIANNA C. RENFER, | : | No. 3:14cv611 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Social Security Commissioner, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 14TH day of May 2015, it is hereby ORDERED as follows:

1) Plaintiff's social security appeal is **GRANTED** to the extent that this matter is remanded to the Commissioner for proceedings consistent with the preceding memorandum;

2) The Clerk of Court is directed to enter judgment in favor of the plaintiff and against the defendant and to remand this case to the Commissioner; and

3) The Clerk of Court is directed to close the case in this court.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**